**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

November 3, 2020

**FILED VIA CM/ECF**

Hon. Christian F. Hummel
United States Magistrate Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

    Re:    **Goodall v. NYS DOCCS et al.**
              **NDNY Civ. No. 19-cv-1359**

Dear Judge Hummel,

    This office represents the Defendants in the above-captioned lawsuit. I write in response to the Plaintiff's motion for leave to amend his First Amended Complaint (see Dkt. No. 101) and the Court's October 1, 2020 Text Order directing Defendants to respond to the same by or before November 5, 2020.

    While not conceding the veracity of any assertions made in the course of Plaintiff's moving papers regarding the substantive merits of the Plaintiff's claims, the Defendants take no position with respect to the grant or denial of the pending motion for leave to amend.

    Please feel free to contact the undersigned with any questions or concerns Your Honor may have relating to this matter.

                              Respectfully submitted,
                              *s/ Kyle W. Sturgess*
                              Kyle W. Sturgess
                              Assistant Attorney General
                              NDNY Bar Roll No. 302888

cc:    Geoffrey Schotter, Esq. (*via CM/ECF*)
        *Attorney for the Plaintiff*

300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
(347) 413-9014

Teresa Caturano, Esq.
DISABILITY RIGHTS NEW YORK
*Attorneys for the Plaintiff*
25 Chapel Street, Suite 1005
Brooklyn, New York 11201