# LAW OFFICE OF GEOFFREY SCHOTTER

300 CADMAN PLAZA WEST, 12TH FLOOR – BROOKLYN, NY 11201

P: 347-413-9014 • F: 718-228-8696 • E: GEOFFREY.SCHOTTER@GMAIL.COM • W: WWW.SCHOTTERLAW.COM

February 10, 2021

Hon. Magistrate Judge Christian F. Hummel
United States District Court, Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

    Re:    *Goodall v. New York State Sept. of Corr. and Comm. Supervision et al.*
              19-cv-1359 (DNH)(CFH)

Dear Judge Hummel:

    Plaintiff and Defendants jointly write the Court to respectfully request that the current discovery deadlines per the Uniform Pretrial Scheduling Order filed May 13, 2020 (Dkt. No. 97) be held in abeyance during the pendency of Plaintiff's Motion to Amend (Dkt. No. 101).

    Plaintiff and Defendants further respectfully request that the Court schedule a conference after Plaintiff's Motion to Amend is decided for the purpose of resetting these outstanding discovery deadlines.

                                            Respectfully,

                                            Geoffrey Schotter, Esq.
                                            Attorney for Claimant

                                            LETITIA JAMES
                                            Attorney General of the State of New York
                                            Attorney for Defendants
                                            The Capitol
                                            Albany, New York 12224
                                            By: *Lynn M. Knapp*
                                            Lynn M. Knapp
                                            Assistant Attorney General, of Counsel
                                            Bar Roll No. 507430
                                            Telephone: (518) 776-2598
                                            Email: Lynn.KnappBlake@ag.ny.gov